DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROGER G. BABCOCK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2133

_____

April 1, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Donna M. Padar, Judge.

Roger G. Babcock, pro se.


PER CURIAM.

      Affirmed.

KHOUZAM, SLEET, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.